**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David Wayne CAMPBELL,
Defendant–Appellant.**

**No. 05–21002
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 6, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Ronald Christopher Green, Law Offices of Ronald C. Green, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent David Wayne Campbell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

According to the Bureau of Prisons (BOP), Campbell was released from prison on March 28, 2006. To date, Campbell has not reported for supervised release and his whereabouts are unknown. Although appellate counsel does not address Campbell's fugitive status, "[i]t is well settled that where a defendant becomes a fugitive from justice during the pendency of his appeal, the appellate court has the authority to dismiss the appeal." *United States v. DeValle*, 894 F.2d 133, 135 (5th Cir.1990). Campbell became a fugitive during the pendency of this appeal, and the record reveals that his fugitive status remains ongoing. Accordingly, Campbell's appeal is DISMISSED. *See Ortega–Rodriguez v. United States*, 507 U.S. 234, 239–42, 113 S.Ct. 1199, 122 L.Ed.2d 581 (1993); *see also United States v. Delagarza–Villarreal*, 141 F.3d 133, 136–38 (5th Cir.1997). Counsel's motion for leave to withdraw pursuant to *Anders* is DENIED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.